# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

HELEN BHASKER,

    Plaintiff,

v.

                                                                            No. CIV 17-260 JB/WPL

KEMPER CASUALTY
INS. CO., et al.,

    Defendants.

## SCHEDULING ORDER

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case is assigned to a "**standard**" track classification. Accordingly, the termination date for fact discovery as to class certification and expert discovery relating to class certification is **December 21, 2017**, and class discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause. This deadline shall be construed to require that class discovery be <u>completed</u> on or before the above date. Service of interrogatories or requests for production shall be considered timely only if the deposition takes place prior to the deadline. The pendency of dispositive motions shall not stay discovery.

Motions relating to class discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **December 21, 2017**. See D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ.26.6.

Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at the class certification hearing and to provide expert reports regarding class certification pursuant

to Fed. R. Civ. P. 26(a)(2)(B) no later than **December 21, 2017**. All other parties shall identify in writing any expert witness to be used by such parties at the class certification hearing and to provide expert reports regarding class certification pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **February 19, 2018**.

**The parties shall have their experts ready to be deposed at the time they identify them and produce their reports**.

Class certification motions, other than discovery motions, shall be filed with the Court and served on opposing party by **December 21, 2017**. See D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. Any pretrial motions, other than discovery motions, filed after the above dates shall, in the discretion of the Court, be considered untimely.

If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

This matter is set for a Class Certification Hearing on **April 4, 2018 at 8:30 a.m. (Albuquerque/Vermejo Courtroom).**

IT IS SO ORDERED this 21st day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE