# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

HELEN BHASKER,

    Plaintiff,
v.                                                                                                             No. CIV 17-0260 JB/JHR

FINANCIAL INDEMNITY COMPANY

    Defendant.

## JOINT SCHEDULING ORDER

The Scheduling Order of November 21, 2017 (Doc. 43) is vacated and superseded by this Order.

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case is assigned to a "**standard**" track classification. Accordingly, the termination date for fact discovery as to class certification is June 15, 2018. Class discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the court upon a showing of good cause. This deadline shall be construed to require that class fact discovery be <u>completed</u> on or before the above date. Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline. Depositions shall be considered timely only if they take place prior to the deadline. The pendency of dispositive motions shall not stay discovery.

Motions relating to class discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by June 15, 2018. See D.N.M.LR-CIV. 7 for motion practice requirements and timing of responses and

replies.  This deadline shall not be construed to extend the twenty-day time limit In D.N.M.LR-Civ.26.6.

Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at the class certification hearing and to provide expert reports regarding class certification pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than June 15, 2018.  All other parties shall identify in writing any expert witness to be used by such parties at the class certification hearing and to provide expert reports regarding class certification pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than August 14, 2018.

**The parties shall have their experts ready to be deposed at the time they identify them and produce their reports.**

Class certification motions, other than discovery motions, shall be filed with the court and served on opposing party by June 15, 2018.  Defendant's response shall be filed and served by August 14, 2018.  Plaintiff's reply shall be filed and served by September 13, 2018.

If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

This matter is set for a class certification hearing on **September 27, 2018 at 8:30 a.m.**

_____
UNITED STATES DISTRICT JUDGE