# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

HELEN BHASKER, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

FINANCIAL INDEMNITY COMPANY,

    Defendant.

No. 1:17-cv-00260-KWR-JHR

## ORDER GRANTING UNOPPOSED MOTION ALLOWING PLAINTIFF TO EXCEED EXHIBIT PAGE LIMITS FOR MOTION FOR ORDER PRELIMINARILY APPROVING CLASS SETTLEMENT

**THIS MATTER** having come before the Court on Plaintiff, Helen Bhasker's *Unopposed Motion Allowing Plaintiff to Exceed Exhibit Page Limits for Motion for Order Preliminarily Approving Class Settlement* (Doc. 176), and the Court having considered the motion and being otherwise fully advised in the premises **FINDS** the Motion is **WELL-TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Plaintiff may have an **additional twenty (30) pages** for exhibit attachments to Plaintiff's Motion for Order Preliminarily Approving Class Settlement.

**IT IS SO ORDERED.**

                                    **KEA W. RIGGS**
                                    **UNITED STATES DISTRICT JUDGE**

**RESPECTFULLY SUBMITTED:**

/s/ *Kedar Bhasker*
KEDAR BHASKER
2741 Indian School Rd. NE
Albuquerque, NM 87106
Phone:  (505) 720-2113
Fax:  505-709-3279
Kedar@bhaskerlaw.com

 Corbin Hildebrandt
CORBIN HILDEBRANDT
2741 Indian School Rd. NE
Albuquerque, NM 87106
Phone:  (505) 998-6626
Fax:  (505) 998-6628
corbin@hildebrandtlawnm.com

and

Geoffrey Romero
LAW OFFICES OF GEOFFREY R. ROMERO
4801 All Saints Rd. NW Ste. A
Albuquerque, NM 87120
(505) 247-3338
geoff@geoffromerolaw.com

*Counsel for the Plaintiffs*

**APPROVED BY**:

*Mark Hanover approved on January 30, 2023*
Mark Hanover
DENTONS
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6361
312-876-3145
Mark.hanover@dentons.com